■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODNEY PENA, Appellant. [672 NYS2d 752] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (McGann, J.), rendered May 31, 1996, convicting him of robbery in the first degree, burglary in the first degree, robbery in the second degree, and assault in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the jury, which saw and heard the witnesses (*People v Gaimari,* 176 NY 84, 94). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record (*see, People v Garafolo,* 44 AD2d 86, 88). Upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The sentence imposed is not excessive (*see, People v Suitte,* 90 AD2d 80). Thompson, J. P., Santucci, Friedmann and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDUARDO RIVERA, JR., Appellant. [672 NYS2d 752] —Appeal by the defendant from a judgment of the County Court, Orange County (Byrne, J.), rendered February 10, 1997, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, P. J., Miller, Pizzuto and Krausman, JJ., concur.